IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:23-CR-00053-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC TYREE ROBINSON,<br><br>    Defendant. | ORDER |

This matter comes before the court on the Defendant's pro se motion seeking the preparation of a transcript from his sentencing hearing to aid him in preparing a motion for reduction of sentence under 18 U.S.C. § 3582 [DE 36]. Pursuant to Standing Order 19-SO-3, an indigent defendant will be appointed counRsel upon the filing of a pro se motion under § 3582. In the interests of judicial economy and efficiency, the court finds it best to permit counsel to determine whether the preparation of a transcript is necessary for support of a § 3582 motion. Accordingly, the pro se motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 14th day of August, 2024.

                                                          RICHARD E. MYERS II
                                                          CHIEF UNITED STATES DISTRICT JUDGE