IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:23-CR-00053-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC TYREE ROBINSON,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se motion for a sentence reduction [DE 38]. Defendant requests a six-to-nine-month reduction in his sentence based on his rehabilitation and good behavior while in custody. *Id.* at 1–2. For the following reasons, the motion is denied.

"As a general rule, courts cannot modify a sentence once it has been imposed[.]" *United States v. Washington*, 161 F.4th 816, 818 (4th Cir. 2025). Congress has created several exceptions to that rule, however. "One exception—commonly referred to as 'compassionate release'— permits [a] court to reduce a term of imprisonment if it finds, among other things, that 'extraordinary and compelling reasons warrant such a reduction.'" *Rutherford v. United States*, 608 U.S. --, 146 S. Ct. 1320, 1326 (2026) (quoting 18 U.S.C. § 3582(c)(1)(A)). But by statute, "[r]ehabilitation of the defendant alone shall not be considered an extraordinary and compelling reason" for a sentence reduction. 28 U.S.C. § 994(t).

Defendant's sole argument in the pending motion is that his good behavior while in custody warrants a sentence reduction. DE 38 at 2. He does not cite to any legal authority, but the court construes his motion as seeking relief under § 3582(c)(1)(A). As explained above, however, the

court does not have the authority to reduce Defendant's sentence based on rehabilitation alone.

*See* § 994(t). Accordingly, Defendant's motion [DE 38] is DENIED.[1]

SO ORDERED this \_\_\_\_9th\_\_\_\_ day of July, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In addition to seeking a sentence reduction, Defendant advises that he is writing "to update" the court on his progress. DE 38 at 2. The court has reviewed the certificates of achievement attached to the pending motion, Defendant's written "GPS," and his description of his time in the Modified Therapeutic Community Program. *See generally* DE 38; 38-1. These are encouraging developments, and the court applauds Defendant for his efforts.

2